**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

James DiLoreto
                        Plaintiff,

v.                                               Case No.: 1:11−cv−06788
                                                      Honorable Ronald A. Guzman

Accretive Health, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 21, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to notice of voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby ordered that this case is dismissed with prejudice and without costs or fees to any party. Any pending motions or schedules are stricken. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.